]
Nevada Bar No. 9752
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
**MAIER GUTIERREZ AYON**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 629-7900
Facsimile:  (702) 629-7925
E-mail:     laa@mgalaw.com
            mes@mgalaw.com

*Attorneys for Plaintiff Kal-Mor-USA, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAL-MOR-USA, LLC, a Nevada limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a National Association; RECONTRUST COMPANY, N.A., a National Association; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATE HOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F, a Remic Trust; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-00680-LDG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO BANK OF AMERICA, N.A.'S COUNTERCLAIMS**<br><br>**(First Request)** |
| And all Related Counterclaims and Cross-Claims. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, plaintiff Kal-Mor-USA, LLC ("Kal-Mor") and defendant Bank of America, N.A. ("BANA"), through their undersigned counsels of record, that the deadline to file a responsive pleading to BANA's counterclaims (Dkt. No. 29), filed on December 30, 2015, shall be continued for fourteen (14) days,

1

1  until February 2, 2016.

2      BANA's answer, counterclaims, and cross-claims (Dkt. No. 29) inadvertently named non-
3  party First 100, LLC as the plaintiff and counter-defendant. Thus, this extension is requested to
4  allow BANA time to file a first amended answer, counterclaims and cross-claim and for Kal-Mor to
5  respond thereto.  This is the parties' first request for an extension and is not intended to cause delay
6  or prejudice to any party.

7  DATED this 26th day of January, 2016.    DATED this 26th day of January, 2016.

8  **MAIER GUTIERREZ AYON**    **AKERMAN LLP**

10    /s/Margaret E. Schmidt      /s/ Allison Schmidt
LUIS AYON, ESQ.    DARREN T. BRENNER, ESQ.
Nevada Bar No. 9752    Nevada Bar No. 8386
11  MARGARET E. SCHMIDT, ESQ.    ALLISON SCHMIDT, ESQ.
Nevada Bar No. 12489    Nevada Bar No. 10743
12  400 South Seventh Street, Suite 400    1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89101    Las Vegas, Nevada 89144
13  *Attorneys for Plaintiff Kal-Mor-USA, LLC*    *Attorneys for Bank of America, N.A., Recontrust Company, N.A. and The Bank of New York Mellon, fka The Bank of New York as Trustee for the Certificate Holders of the CWHEQ, Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2005-F, a Remic Trust*

18  **IT IS SO ORDERED.**

20  _____
LLOYD D. GEORGE
21  UNITED STATES DISTRICT COURT JUDGE

22  DATED this 26 day of January, 2016.

2