Luis A. Ayon, Esq.
Nevada Bar No. 9752
Margaret E. Schmidt, Esq.
Nevada Bar No. 12489
**Maier Gutierrez Ayon**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 629-7900
Facsimile:  (702) 629-7925
E-mail:      laa@mgalaw.com
                  mes@mgalaw.com

*Attorneys for Plaintiff Kal-Mor-USA, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KAL-MOR-USA, LLC, a Nevada limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a National Association; RECONTRUST COMPANY, N.A., a National Association; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATE HOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F, a Remic Trust; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants.<br><br>And all Related Counterclaims and Cross-Claims. | Case No.: 2:13-cv-00680-LDG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO BANK OF AMERICA, N.A.'S COUNTERCLAIMS**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, plaintiff Kal-Mor-USA, LLC ("Kal-Mor") and defendant Bank of America, N.A. ("BANA"), through their undersigned counsels of record, that the deadline for Kal-Mor to file a responsive pleading to BANA's counterclaims shall be continued for thirty (30) days, until March 2, 2016. BANA's

1

1 original answer, counterclaims, and cross-claims, filed on December 30, 2015 (Dkt. No. 29), inadvertently named and asserted counterclaims against First 100, LLC who is no longer a party to this litigation. Thus, this extension is requested to allow BANA additional time to file its amended answer, counterclaims and cross-claim, naming Kal-Mor as the proper party, and for Kal-Mor to respond thereto. This is the parties' second request for an extension and is not intended to cause delay or prejudice to any party.

DATED this 9th day of February, 2016.  DATED this 9th day of February, 2016.

**MAIER GUTIERREZ AYON**  **AKERMAN LLP**

  /s/Margaret E. Schmidt    /s/ Allison Schmidt  
LUIS AYON, ESQ.  DARREN T. BRENNER, ESQ.  
Nevada Bar No. 9752  Nevada Bar No. 8386  
MARGARET E. SCHMIDT, ESQ.  ALLISON SCHMIDT, ESQ.  
Nevada Bar No. 12489  Nevada Bar No. 10743  
400 South Seventh Street, Suite 400  1160 Town Center Drive, Suite 330  
Las Vegas, Nevada 89101  Las Vegas, Nevada 89144  
*Attorneys for Plaintiff Kal-Mor-USA, LLC*  *Attorneys for Bank of America, N.A., Recontrust Company, N.A. and The Bank of New York Mellon, fka The Bank of New York as Trustee for the Certificate Holders of the CWHEQ, Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2005-F, a Remic Trust*

**IT IS SO ORDERED.**

_____
Cam Ferenbach
UNITED STATES MAGISTRATE JUDGE

DATED this  9th  day of February, 2016.

2