LEACH JOHNSON SONG & GRUCHOW
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone:    (702) 538-9074
Facsimile:    (702) 538-9113
sanderson@leachjohnson.com
rhastings@leachjohnson.com
*Attorneys for Defendant Canyon Willow Owners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| First 100 LLC, a Nevada limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A., THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F, A REMIC TRUST; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　　Defendants.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　　　Counterclaimant,<br><br>vs.<br><br>FIRST 100, LLC a Nevada Limited Liability Company,<br><br>　　　　　　　Counter-Defendant. | Case No.:  2:13-cv-00680-LDG-VCF<br><br>**ORDER FOR AN EXTENSION OF TIME FOR CANYON WILLOW HOMEOWNERS ASSOCIATION TO FILE A RESPONSE TO BANK OF AMERICA'S COUNTERCLAIMS AND CROSS-CLAIMS [DKT. 29]**<br><br>*Third Request* |

| | |
|---|---|
| 1 | BANK OF AMERICA, N.A., |
| 2 | Cross-Claimant, |
| 3 | vs. |
| 4 | |
| 5 | CANYON WILLOW HOMEOWNERS ASSOCIATION; UNITED LEGAL SERVICES; and RED ROCK FINANCIAL SERVICES, |
| 6 | |
| 7 | Cross-Defendants. |

### STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR CANYON WILLOW HOMEOWNERS ASSOCIATION TO FILE A RESPONSE TO BANK OF AMERICA'S COUNTERCLAIMS AND CROSS-CLAIMS [DKT. 29] *Third Request*

Defendant/Counterclaimant/Cross-Claimant, Bank of America, N.A., (the "Bank") by and through their attorney Darren Brenner, Esq. and Allison Schmidt, Esq. of AKERMAN LLP and Cross-Defendant Canyon Willows Homeowners Association (the "Association"), by and through their attorney Ryan Hastings, Esq., of LEACH JOHNSON SONG & GRUCHOW, hereby stipulate and agree as follows:

1. The Bank filed its Answer to Plaintiff's Complaint, Counterclaims and Cross-Claims on December 30, 2015 (Dkt. 29).

2. The Association has tendered its defense in this action to its insurance carrier and is currently awaiting a coverage decision and notification of assignment of counsel.

///

///

///

3. The Association shall be granted an additional 30-days to prepare a responsive pleading to the Bank's Counterclaims and Cross-Claims [Dkt. 29] up to and including April 25, 2016, to allow the Association's insurance carrier sufficient time to assign counsel to represent the Association's interests in this action.

DATED this 25th day of March, 2016.

| AKERMAN LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| /s/ Allison Schmidt | /s/ Ryan D. Hastings |
| Darren T. Brenner | Sean L. Anderson |
| Nevada Bar No. 8386 | Nevada Bar No. 7259 |
| Allison Schmidt | Ryan D. Hastings |
| Nevada Bar No. 10743 | Nevada Bar No. 12394 |
| 1160 Town Center Drive, Suite 330 | 8945 West Russell Road, Suite 330 |
| Las Vegas, NV 89144 | Las Vegas, Nevada 89148 |
| *Attorneys for Defendant/Counterclaimant/ Cross-Claimant Bank of America* | *Attorneys for Cross-Defendant Canyon Willow Owners Association* |

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Association is granted up to and including April 25, 2016 to file a responsive pleading.

DATED this 28 day of March, 2016.

_____
U.S. DISTRICT COURT JUDGE
LLOYD D. GEORGE