# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

KAL MOR USA LLC,

    Plaintiff,

vs.

BANK OF AMERICA, N.A., *et al.*,

    Defendants.

2:13-cv-00680-LDG-VCF

**ORDER**

    Before the court is the parties' Joint Discovery Plan and Scheduling Order (ECF No. 57).

    The Joint Discovery Plan and Scheduling Order does not comply with Local Rule 26-1(a).

    Accordingly,

    IT IS HEREBY ORDERED that the parties' Joint Discovery Plan and Scheduling Order (ECF No. 57) is DENIED without prejudice.

    IT IS FURTHER ORDERED that the parties must file a new discovery plan and scheduling order that complies with LR 26-1 by June 28, 2016.

    DATED this 14th day of June, 2016.

                                                  _____
                                                  CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE