UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

KAL-MOR-USA, LLC,

        Plaintiff,

vs.

BANK OF AMERICA, N.A., *et al.*,

        Defendants.

2:13-cv-00680-LDG-VCF

**MINUTE ORDER**

      Before the Court it the Motion to Withdraw as Attorneys of Record and Removal from CM/ECF Service List (ECF No. 63).

      IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Attorneys of Record and Removal from CM/ECF Service List (ECF No. 63) is scheduled for 3:00 p.m., November 3, 2016, in Courtroom 3D.

      IT IS FURTHER ORDERED that an officer or managing agent of Kal-Mor-USA, LLC must be present at the hearing.

      DATED this 14th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE