# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

KAL-MOR-USA, LLC,

        Plaintiff,

vs.

BANK OF AMERICA, N.A., *et al.*,

        Defendants.

2:13-cv-00680-LDG-VCF

**ORDER**

      Before the Court is Bank of America, N.A.'s Revised Motion to Add Canyon Willows Owners Association as a Party (ECF No. 69).

      Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. No opposition has been filed. Here, it would seem that the other parties have consented to the granting of the instant motion.

      Accordingly,

      IT IS HEREBY ORDERED that Bank of America, N.A.'s Revised Motion to Add Canyon Willows Owners Association as a Party (ECF No. 69) is GRANTED. Bank of America must file its Answer to Plaintiff's Complaint, Counterclaims, and First Amended Cross-claim (ECF No. 69-1 at 54) on or before February 3, 2017.

      DATED this 27th day of January, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE