DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JESSE RANSOM, ESQ.
Nevada Bar No. 13565
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jesse.ransom@akerman.com

*Attorneys for Bank of America, N.A., Recontrust Company, N.A., and The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificate Holders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2005-F, a Remic Trust*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| First 100 LLC, a Nevada limited liability company,<br><br>              Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A., THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F, A REMIC TRUST; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>              Defendants. | Case No.: 2:13-CV-00680-LDG-VCF<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND APPEARANCE** |
| BANK OF AMERICA, N.A.<br><br>              Counterclaimant,<br><br>v.<br><br>FIRST 100, LLC, a Nevada Limited Liability Company,<br><br>              Counterdefendant. | |

{40958454;1}

|   |
|---|
| BANK OF AMERICA, N.A., |
|                     Cross-Claimant, |
| v. |
| CANYON WILLOWS HOMEOWNERS ASSOCIATION; UNITED LEGAL SERVICES; and RED ROCK FINANCIAL SERVICES, |
|                     Cross-Defendants |

## NOTICE OF WITHDRAWAL OF COUNSEL AND NOTICE OF APPEARANCE

TO: The Clerk of Court and All Parties of Record:

Please take notice that Rex D. Garner, Esq., Allison Schmidt, Esq. Matthew Knepper and William Habdas, Esq., of the law firm of Akerman, LLP, hereby withdraw as counsel of record for Defendants Bank of America, N.A., Recontrust Company, N.A., and The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificate Holders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2005-F, a Remic Trust, and should be removed from the Court's service list with respect to the above referenced action. Akerman, LLP continues to serve as counsel for Defendants in this action. All future correspondence and papers in this action should continue to be directed to Jesse Ransom, Esq. of Akerman, LLP.

DATED:   February 23, 2017.

                                              */s/ Jesse A. Ransom*
                                              DARREN T. BRENNER, ESQ.
                                              Nevada Bar No. 8386
                                              JESSE RANSOM, ESQ.
                                              Nevada Bar No.13535
                                              AKERMAN LLP
                                              1160 Town Center Drive, Suite 330
                                              Las Vegas, Nevada 89144

                                              *Attorneys for Bank of America, N.A.,*
                                              *Recontrust Company, N.A., and The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificate Holders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2005-F, a Remic Trust*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-24-2017

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 23rd, 2017 that service of a true and correct copy of the foregoing, **NOTICE OF WITHDRAWAL OF COUNSEL**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

/s/*MichaelHannon*
An employee of AKERMAN LLP

{40958454;1}    3