David R. Koch, Esq. (NV Bar No. 8803)
Steven B. Scow, Esq. (NV Bar No. 9906)
Brody B. Wight, Esq. (NV Bar No. 13615)
KOCH & SCOW, LLC
11500 South Eastern Avenue, Suite 210
Henderson, NV 89052
Telephone: (702) 318-5040
Facsimile: (702) 318-5039
dkoch@kochscow.com
sscow@kochscow.com
bwight@kochscow.com
Attorneys for Third-Party Defendant
Red Rock Financial Services, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FIRST 100 LLC, a Nevada Limited Liability Company,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A., THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F, A REMIC TRUST; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　Defendants.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　　Counterclaimant<br>vs.<br><br>FIRST 100 LLC, a Nevada Limited Liability Company;<br><br>　　　　　　Counter-Defendant | Case No.: 2:13-cv-00680-LDG-VCF<br><br>**RED ROCK FINANCIAL SERVICES, LLC'S JOINDER TO CROSS-DEFENDANT CANYON WILLOW HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS CROSS-CLAIMS** |

| | |
|---|---|
| 1 | BANK OF AMERICA, N.A., |
| 2 |     Crossclaimant |
| 3 | vs. |
| 4 | CANYON WILLOWS HOMEOWNERS ASSOCIATION; UNITED LEGAL SERVICES; |
| 5 | and RED ROCK FINANCIAL SERVICES, |
| 6 |     Cross-Defendants |

Cross-Defendant Red Rock Financial Services, LLC hereby joins in Cross-Defendant Canyon Willow Homeowners Association's Motion to Dismiss Cross-Claims, filed on February 27, 2017, and hereby incorporates by reference as though fully set forth here the facts and legal arguments set forth in that motion to dismiss.

Dated:  March 13, 2017    **KOCH & SCOW, LLC**

                /s/ Steven B. Scow
                Steven B. Scow
                Attorneys for Plaintiff
                Red Rock Financial Services, LLC

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that on March 13, 2016, I caused the following documents entitled: **RED ROCK FINANCIAL SERVICES, LLC'S JOINDER TO CROSS-DEFENDANT CANYON WILLOW HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS CROSS-CLAIMS**, to be served by electronic filing to all counsel of record in this action.

I declare under penalty of perjury that the above is true and correct.

Executed on March 13, 2016, at Henderson, Nevada.

                                        /s/     Steven B. Scow
                                              Steven B. Scow

3