NEIL B. DURRANT, ESQ.
Nevada Bar No. 7324
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
WEIL & DRAGE, APC
2500 Anthem Village Drive
Henderson, NV 89052
(702) 314-1905 • Fax (702) 314-1909
ndurrant@weildrage.com
jmartinez@weildrage.com
Attorneys for Plaintiff/Counter-defendant,
KAL-MOR-USA, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAL-MOR-USA, LLC, a Nevada limited liability company,<br><br>                Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a National Association; RECONSTRUCT COMPANY, N.A., a National Association; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE TWO CERTIFICATE HOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F, A REMIC TRUST; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>                Defendants.<br><br>And all Related Counter-claims and Cross-claims. | Case No.: 2:13-cv-00680-LDG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR BRIEFING OF MOTION FOR SUMMARY JUDGMENT (Docket 83) AND PRETRIAL ORDER**<br><br>**(First Request)** |

The parties, by and through their respective counsel of record, hereby stipulate and agree that Plaintiff shall have a thirty (30) day extension of time (i.e., from May 5, 2017 through June 5, 2017) to respond to Defendants' Motion for Summary Judgment (Dkt. No. 83). The proposed

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
2500 Anthem Village Drive
Henderson, NV 89052
Phone: (702) 314-1905
Fax: (702) 314-1909
www.weildrage.com

{01221230;1}　　　　　　Page 1 of 2

extension is the first requested extension and is necessary based upon the magnitude of the Motion for Summary Judgment that was filed and the legal arguments presented. Defendants, in turn, shall have a similar extension of time (i.e., through and including June 19, 2017) to file their reply and/or responses thereto. The parties further stipulate that the pretrial order deadline shall be continued to June 19, 2017.

Dated this 2nd day of May, 2017.

AKERMAN LLP

*/s/ Jesse Ransom*
_____
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JESSE RANSOM, ESQ.
Nevada Bar No. 13565
1160 N. Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants*

Dated this 2nd day of May, 2017.

WEIL & DRAGE, APC

*/s/ Neil B. Durrant*
_____
NEIL B. DURRANT, ESQ.
Nevada Bar No. 7324
C. ROBERT PETERSON, ESQ.
Nevada Bar No. 11680
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
2500 Anthem Village Drive
Henderson, Nevada 89052

*Attorneys for Plaintiff*

### ORDER

IT IS SO ORDERED.

Dated this ____ day of ___May___, 2017.

_____
DISTRICT COURT JUDGE

LLOYD D. GEORGE

**Submitted by:**
WEIL & DRAGE, APC

*/s/ Neil B. Durrant*
_____
NEIL B. DURRANT, ESQ.
C. ROBERT PETERSON, ESQ.
JASON G. MARTINEZ, ESQ.
2500 Anthem Village Drive
Henderson, Nevada 89052

*Attorneys for Plaintiff*

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
2500 Anthem Village Drive
Henderson, NV 89052
Phone: (702) 314-1905
Fax: (702) 314-1909
www.weildrage.com