# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FIRST 100 LLC; KAL-MOR-USA, LLC,

    Plaintiff,

v.

BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A., THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F, A REMIC TRUST; DOES I through X; and ROE CORPORATIONS I through X, inclusive,

    Defendants.

BANK OF AMERICA, N.A.

    Counterclaimant,

v.

KAL-MOR-USA, LLC,

    Counterdefendant.

BANK OF AMERICA, N.A.,

    Cross-Claimant,

v.

CANYON WILLOWS HOMEOWNERS ASSOCIATION; UNITED LEGAL SERVICES; and RED ROCK FINANCIAL SERVICES,

    Cross-Defendants.

2:13-CV-00680-LDG-NJK

**SUMMARY JUDGMENT**

The Court having GRANTED summary judgment in favor of Defendants Bank of America N.A., Recontrust Company N.A., and the Bank of New York Mellon as Trustee on Behalf of the Certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2005-F, therefore,

THE COURT **ORDERS** and **ADJUDGES** that plaintiff Kal-Mor-USA LLC recover nothing on its claims against the defendants, that its claims be dismissed on the merits, and that the defendants recover costs from the plaintiff;

THE COURT FURTHER **ORDERS, ADJUDGES** and **DECLARES**:

1) That counter-defendant Bank of America, N.A's Deed of Trust is the senior lien encumbering the property at 3047 Casey Drive, Unit 103, Las Vegas, NV 89120;

2) That counter-defendant Bank of America, N.A.'s Deed of Trust encumbering the property at 3047 Casey Drive, Unit 103, Las Vegas, NV 89120, is senior and superior to any right, title, interest, lien, equity, or estate of plaintiff Kal-Mor-USA LLC.

DATED this 21 day of Sept, 2017.

Lloyd D. George
United States District Judge